**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

---

BROADCAST MUSIC, INC.; JANICE-MARIE VERCHER, an individual d/b/a CONDUCIVE MUSIC; SPIRIT ONE MUSIC, a Division of SPIRIT MUSIC GROUP, INC.; ABKCO MUSIC, INC.; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; HOUSE OF FUN MUSIC, INC.; UNICHAPPELL MUSIC, INC.; ZELLA MUSIC, a Division of UNIDISC MUSIC, INC.; ESTATE OF MAURICE ERNEST GIBB AND ROBIN GIBB d/b/a GIBB BROTHERS MUSIC; BARRY ALAN GIBB, an individual d/b/a CROMPTON SONGS; SONY/ATV SONGS, LLC; THE BERNARD EDWARDS COMPANY LLC; JIMMY RANDOLPH a/k/a JAMES B. RANDOLPH, JR. and EBAN R. KELLY, a Partnership d/b/a POP SPIRITUAL MUSIC; SONGS OF UNIVERSAL, INC.;

Plaintiffs,

v.

LAZCO, INC. d/b/a ROBUSTO'S; LAZAR DJORDJEVSKI and ZAKLINA DJORDJEVSKI, each individually;

Defendants.

Case No. 09-cv-13853

Hon.

---

HOWARD & HOWARD ATTORNEYS PLLC
Patrick M. McCarthy (P49100)
101 N. Main, Suite 610
Ann Arbor, MI 48104-1475
(734) 222-1097
(734) 761-5957 - fax
*Attorney for Plaintiffs*
Email – pmm@h2law.com

---

**COMPLAINT**

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a).

## THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 6.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Defendant, Lazco, Inc. is a corporation organized and existing under the laws of the State of Michigan, which operates, maintains and controls an establishment known as Robusto's, located at 19271 Mack Avenue, Grosse Pointe Woods, Michigan, 48236-2832 in this district (the "Establishment").

6. In connection with the operation of this business, Defendant Lazco, Inc. publicly

performs musical compositions and/or causes musical compositions to be publicly performed.

7. Defendant Lazco, Inc. has a direct financial interest in the Establishment.

8. Defendant Lazar Djordjevski is an officer of Defendant Lazco, Inc. with responsibility for the operation and management of that corporation and the Establishment.

9. Defendant Lazar Djordjevski has the right and ability to supervise the activities of Defendant Lazco, Inc., and a direct financial interest in that corporation and the Establishment.

10. Defendant Zaklina Djordjevski is an officer of Defendant Lazco, Inc. with responsibility for the operation and management of that corporation and the Establishment.

11. Defendant Zaklina Djordjevski has the right and ability to supervise the activities of Defendant Lazco, Inc. and a direct financial interest in that corporation and the Establishment.

**CLAIMS OF COPYRIGHT INFRINGEMENT**

12. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 11 as if fully restated herein.

13. Plaintiffs allege eight (8) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

14. Annexed as the Schedule and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the eight claims of copyright infringement at issue in this action. Each

numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

15. Each of the musical compositions identified on the Schedule, Line 2, were created by the persons named on Line 3 (all references to Lines are lines on the Schedule).

16. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

17. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

18. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed at Robusto's without a license or permission to do so. Thus, Defendants have committed copyright infringement.

19. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By

continuing to provide unauthorized public performances of works in the BMI repertoire at Robusto's, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. § 504(c);

(III) Defendants be ordered to pay costs, including reasonable attorney's fees, pursuant to 17 U.S.C. § 505; and

(IV) That Plaintiffs have such other and further relief as is just and equitable.

HOWARD & HOWARD ATTORNEYS PLLC

Dated: September 25, 2009

By: s/Patrick M. McCarthy
Patrick M. McCarthy (P49100)
101 N. Main, Suite 610
Ann Arbor, MI 48104-1475
(734) 222-1097
(734) 761-5957 - fax
*Attorney for Plaintiffs*
Email – pmm@h2law.com

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Boogie Oogie Oogie |
| Line 3 | Writer(s) | Janice Marie Johnson; Perry Kibble |
| Line 4 | Publisher Plaintiff(s) | Janice-Marie Vercher, an individual d/b/a Conducive Music; Spirit One Music, a Division of Spirit Music Group Inc. |
| Line 5 | Date(s) of Registration | 5/2/78 |
| Line 6 | Registration No(s). | PA 5-715 |
| Line 7 | Date(s) of Infringement | 9/12/2008 |
| Line 8 | Place of Infringement | Robusto's |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Gimme Shelter |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 12/29/69 4/27/70 |
| Line 6 | Registration No(s). | Eu 154592 Ep 272711 |
| Line 7 | Date(s) of Infringement | 7/25/2008 |
| Line 8 | Place of Infringement | Robusto's |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Gimme Some Loving |
| Line 3 | Writer(s) | Steve Winwood; Muff Winwood; Spencer Davis |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 3/6/67 |
| Line 6 | Registration No(s). | Ef 31746 |
| Line 7 | Date(s) of Infringement | 7/25/2008 |
| Line 8 | Place of Infringement | Robusto's |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Holiday |
| Line 3 | Writer(s) | Lisa Stevens; Curtis Hudson |
| Line 4 | Publisher Plaintiff(s) | House Of Fun Music, Inc.; Spirit One Music, A Division of Spirit Music Group, Inc. |
| Line 5 | Date(s) of Registration | 4/2/84 |
| Line 6 | Registration No(s). | PA 216-744 |
| Line 7 | Date(s) of Infringement | 10/4/2008 |
| Line 8 | Place of Infringement | Robusto's |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Shame |
| Line 3 | Writer(s) | John H. Fitch; Reuben Cross |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc.; Zella Music, a division of Unidisc Music Inc. |
| Line 5 | Date(s) of Registration | 7/28/77 |
| Line 6 | Registration No(s). | Ep 372766 |
| Line 7 | Date(s) of Infringement | 7/25/2008 |
| Line 8 | Place of Infringement | Robusto's |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Stayin' Alive a/k/a Staying Alive |
| Line 3 | Writer(s) | Barry Gibb; Robin Gibb; Maurice Gibb |
| Line 4 | Publisher Plaintiff(s) | Estate of Maurice Ernest Gibb and Robin Gibb d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 3/7/77 2/13/78<br>3/19/84 3/19/84 |
| Line 6 | Registration No(s). | Eu 761684 PA 178<br>PA 209-625 PAu 618-264 |
| Line 7 | Date(s) of Infringement | 9/12/2008 |
| Line 8 | Place of Infringement | Robusto's |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | We Are Family |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC |
| Line 5 | Date(s) of Registration | 1/10/79 6/17/81 |
| Line 6 | Registration No(s). | PAu 76-307 PA 106-660 |
| Line 7 | Date(s) of Infringement | 9/12/2008 |
| Line 8 | Place of Infringement | Robusto's |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Everything's Gonna Be Alright |
| Line 3 | Writer(s) | Eban Kelly; Jimi Randolph |
| Line 4 | Publisher Plaintiff(s) | Jimmy Randolph a/k/a James B. Randolph, Jr. and Eban R. Kelly, a partnership d/b/a Pop Spiritual Music; Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 3/23/87 |
| Line 6 | Registration No(s). | PA 324-718 |
| Line 7 | Date(s) of Infringement | 7/25/2008 |
| Line 8 | Place of Infringement | Robusto's |