UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BROADCAST MUSIC, INC.; JANICE-MARIE VERCHER,
an individual d/b/a CONDUCIVE MUSIC; SPIRIT
ONE MUSIC, a Division of SPIRIT MUSIC GROUP,
INC.; ABKCO MUSIC, INC.; UNIVERSAL – SONGS
OF POLYGRAM INTERNATIONAL, INC.; HOUSE OF
FUN MUSIC, INC.; UNICHAPPELL MUSIC, INC.;
ZELLA MUSIC, a Division of UNIDISC MUSIC,
INC.; ESTATE OF MAURICE ERNEST GIBB AND ROBIN
GIBB d/b/a GIBB BROTHERS MUSIC; BARRY ALAN
GIBB, an individual d/b/a CROMPTON SONGS;
SONY/ATV SONGS, LLC; THE BERNARD EDWARDS
COMPANY LLC; JIMMY RANDOLPH a/k/a JAMES B.
RANDOLPH, JR. and EBAN R. KELLY, a
Partnership d/b/a POP SPIRITUAL MUSIC;
SONGS OF UNIVERSAL, INC.;

   Plaintiffs,

v.             Case No. 2:09-cv-13853-SJM-MKM
                Hon. Stephen J. Murphy, III

LAZCO, INC. d/b/a ROBUSTO'S;
LAZAR DJORDJEVSKI
and ZAKLINA DJORDJEVSKI, each individually;

   Defendants.

---

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**IT IS STIPULATED AND AGREED** by and between Plaintiff Broadcast Music, Inc.("BMI") on behalf of the Plaintiffs, and Defendants Lazco, Inc. D/B/A Robusto's; Lazar Djordjevski and Zaklina Djordjevski, each individually, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the case is hereby dismissed without prejudice, each party to bear its own costs; and

**IT IS FURTHER STIPULATED**, that the court shall retain jurisdiction of the matter to

enforce the terms of the parties' Settlement Agreement.

APPROVED AS TO FORM AND CONTENT:

| BROADCAST MUSIC, INC., for itself and its co-Plaintiffs | LAZCO, INC. d/b/a ROBUSTO'S; LAZAR DJORDJEVSKI and ZAKLINA DJORDJEVSKI, each individually; |
|---|---|
| By:   s/Patrick M. McCarthy<br>Patrick M. McCarthy (P49100)<br>Howard & Howard Attorneys PLLC<br>101 North Main - Suite 610<br>Ann Arbor, MI 48104<br>Tel: 734-222-1097 / Fax: 734-761-5957<br>pmccarthy@howardandhoward.com<br>Attorney for Plaintiffs | By:   s/Jeffrey R. Davis<br>Jeffrey R. Davis (P47438)<br>Andary, Davis & Andary, P.C.<br>20 South Main Street, #121<br>Mt. Clemens, MI 48043<br>Tel: 586-463-9883 / Fax: 586-463-1608<br>jrdavisesq@yahoo.com<br>Attorney for Defendants |
| Dated:  April 15, 2010 | Dated: April 15, 2010 |

**SO ORDERED:**

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 15, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 15, 2010, by electronic and/or ordinary mail.

s/Alissa Greer
Case Manager